IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-168-AP**

**TAMMY MARIE MARTINEZ,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

On July 18, 2012, this Court issued an Order to Show Cause directing Plaintiff to show cause, if any, in writing why her Opening Brief has not been filed. The August 2, 2012 deadline has passed, and Plaintiff has not responded to that order or filed her opening brief. Accordingly, it is

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

Dated:  August 13, 2012

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT